# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MICHAEL KORS, L.L.C., | ) |
|               Plaintiff, | ) Case No. 15-cv-1618 |
| v. | ) **Judge Virginia M. Kendall** |
| WU XING, et al., | ) **Magistrate Judge Jeffrey T. Gilbert** |
|              Defendants. | ) |

**AMENDED COMPLAINT**

[CONTENTS FILED UNDER SEAL]